IN RE SNODDY

No. 124P92

Case below: 105 N.C.App. 444

Petition by Edward Lee Snoddy for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

IN RE WILL OF HUBNER

No. 214P92

Case below: 105 N.C.App. 599

Petition by Ruth M. McGuire for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992. Petition by Florence Stephens for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

LASSITER v. N.C. FARM BUREAU MUT. INS. CO.

No. 169P92

Case below: 106 N.C.App. 66

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

MULBERRY-FAIRPLAINS WATER ASSN. v.
TOWN OF NORTH WILKESBORO

No. 94P92

Case below: 105 N.C.App. 258

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

OSBORNE v. CONSOLIDATED
JUDICIAL RETIREMENT SYSTEM

No. 45PA92

Case below: 106 N.C.App. 299

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 16 July 1992.